IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID MICHAEL MONTGOMERY, *
Prisoner Id. #412797, SID # 2405284 *
                                       *
Plaintiff,                             *
                                       *
v                                      *   Civil Action No.  ELH-15-3212
                                       *
RANDALL S. NERO, director,             *
DR. MOGHE,                             *
WARDEN LAURA ARMSTAD,                  *
DR. SENATUS,                           *
LT. HAYNES,                            *
                                       *
Defendants.                            *

**MEMORANDUM**

On October 21, 2015, David Michael Montgomery filed a complaint as well as a motion for leave to proceed in forma pauperis. ECF 1; ECF 2. On October 22, 2015, he filed a supplement to the complaint. ECF 3.

Montgomery alleges that his life is in danger at Patuxent Institution, where he is presently confined. He requests to be transferred to another correctional facility. ECF 1 at 11. Montgomery claims that he was placed naked in a cell although he is not suicidal, denied privileges, taken off his old medication regimen, placed on new medications which caused side effects, his medication was stopped, and he was assaulted and threatened on October 5, 2015, by an officer. ECF 1 at 2-4, 6, 8. He complains he is kept "hostage" at Patuxent because he must complete a treatment program before he may be transferred to another correctional facility. ECF 3 at 3.

On July 1, 2015, I assigned Montgomery his third "strike" under 28 U.S.C. §1915(g). *See Montgomery v. Animation Adventer's Computer Game Internet Ower [sic], All Viewers*, Civil

Action No. ELH-15-1772 (D. Md.).[1] Montgomery was notified that he was barred from filing new cases unless he first paid the full filing fee or showed he was in imminent danger of serious physical injury. *Id*.

In this case, Montgomery states he is in danger, alluding to his medical treatment and his fear of harm due to his assault at Patuxent Institution. On October 22, 2015, I ordered counsel in the Office of the Maryland Attorney General to file an expedited response to Montgomery's correspondence of October 5, 2015 and October 13, 2015 in Case ELH-15-3005. In that case, Mongtomery raised concerns about his physical safety and medical and mental health care. *See Montgomery v. Warden*, ELH-15-3005 (D. Md.). The response is due on November 30, 2015.[2]

Because case ELH-15-3005 contains allegations silimar to those asserted in this case, ELH-15-3005 is sufficient to ensure court review of Montgomery's allegations in this case as to his conditions at Patuxent Institution. In other words, the allegations overlap. Therefore, I will deny the motion for leave to proceed in forma pauperis and I will dismiss this case, by separate Order.

November 16, 2015  _____/s/_____
Date  Ellen L. Hollander
United States District Judge

---

[1] *See Montgomery v. Bonsale,* Civil Action No. ELH-14-3885 (D. Md. 2014) (assigning the first "strike" under 28 U.S.C. §1915(g); *Montgomery v. Warden*, Civil Action No. ELH-15-1533 (assigning the second "strike" under 28 U.S.C. § 1915(g)).

[2] On November 12, 2015, I granted the motion for an extension of time filed by counsel for the Office of the Attorney General. The response is due on November 30, 2015. *Id*. at ECF 6, 7.